# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NUMBER 19mj1032-MDD |
| vs | ) | ABSTRACT OF ORDER |
| | ) | Booking No. _____ |
| Elisabeth Kimmel | ) | |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __3/18/19__ the Court entered the following order:

_____ Defendant be released from custody.

_____ Defendant placed on supervised / unsupervised probation / supervised release.

_____ Defendant continued on supervised / unsupervised probation / supervised release.

_____ Defendant released on $ _____ bond posted.

__✓__ Defendant appeared in Court. FINGERPRINT & RELEASE.

_____ Defendant remanded and ( _____ bond) ( _____ bond on appeal) exonerated.

_____ Defendant sentenced to TIME SERVED, supervised release for _____ years.

_____ Bench Warrant Recalled.

_____ Defendant forfeited collateral.

_____ Case dismissed.

_____ Case dismissed, charges pending in case no. _____

_____ Defendant to be released to Pretrial Services for electronic monitoring.

_____ Other. _____

**NITA L. STORMES**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

OR

Received _____ DUSM

JOHN MORRILL by _____ Clerk

_____ Deputy Clerk

T. LEE

Crim-9 (Rev. 8-11)

★ U.S. GPO: 1996-783-398/40151

(7749)

CLERK'S COPY